# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

PAUL REIMANN

                Plaintiff,

v.                                                       Case No.: 3:22–cv–05651–RK–DEA

                                      Magistrate Judge Douglas E. Arpert

GREG CASTELLANI, et al.

                Defendant.


### Order For Dismissal Pursuant to Fed.R.Civ.P. 4(m)


    It appears that the above captioned action having been pending for more than 90 days and the litigants having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

**IT IS** on this 30th day of April, 2024,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F.R.Civ.P. 4(m), without prejudice and without costs.




/s/ Robert Kirsch

_____
ROBERT KIRSCH United States District Judge